UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRANCE-EZEKIAL PAULIN,

    Petitioner,

v.                                Case No. 8:10-cv-1168-T-23MAP

UNITED STATES OF AMERICA,

    Respondent.

_____/

## O R D E R

Paulin petitions for the writ of habeas corpus pursuant to 28 U.S.C. § 2241 and seeks release from detention until the conclusion of his federal criminal proceeding, 8:10-cr-54-T-23AEP, which is pending in this district. Paulin acknowledges that he filed a similar petition in his criminal case and represents that he files this second petition because no ruling has issued on his first petition. Commencing this second petition in a separate civil case is inappropriate.

Accordingly, the petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED without prejudice.** A similar petition is pending in Paulin's criminal case, 8:10-cr-54-T-23AEP. The clerk shall close this civil case.

ORDERED in Tampa, Florida, on June 2, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE